IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LAURIE LYNN LEE,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, INC.,

    Defendant.

Civil Action No. 7:15CV00342

**ORDER**

By: Hon. Glen E. Conrad
Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion for summary judgment is **DENIED**; and

2. The defendant's motion for summary judgment is **GRANTED**.

The Clerk is directed to strike this case from the active docket of the court. The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 6th day of January, 2017.

                                            Chief United States District Judge